UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 21-CR-10077-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | **ORDER TERMINATING SUPERVISED RELEASE** |
| PARISA MOHAMADI, | |
| Defendant. | |

Pursuant to unopposed motion of the defendant, **IT IS HEREBY ORDERED** that the defendant, Parisa Mohamadi, be terminated early from her term of supervised release in this case, effective immediately.

**IT IS SO ORDERED.**

Dated: May 4, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge